| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1 | Candido J Perez aka Candido Perez aka Candido Jose Perez aka Candido Jose Perez Martinez aka Candido Perez Martinez aka Candido J Perez Martinez |
| Debtor 2 | Haydee D Perez aka Haydee Perez aka Haydee D Moran aka Haydee De Los Angeles Perez aka Haydee De Los Angeles Martinez De Perez aka Haydee Martinez De Perez aka Haydee De Los Angeles Moran aka Haydee Moran aka Haydee D Martinez De Perez |
| United States Bankruptcy Court for the: Southern District of Florida | |
| Case number : 19-22933-RAM | |

## Official Form 410S2

### Notice of Postpetition Mortgage Fees, Expenses, and Charges          12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | **THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-16** | **Court claim no.** (if known): | **19** |

**Last 4 digits** of any number you use to identify the debtor's account:     **8530**

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X] No

[ ] Yes. Date of the last notice.

---

**Part 1:**     Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | | Dates incurred | Amount |
|---|---|---|---|
| Late Charges | | | $0.00 |
| Non-sufficient funds (NSF) fees | | | $0.00 |
| Attorney Fees | | | $0.00 |
| Filing fees and court costs | | | $0.00 |
| Bankruptcy/Proof of claim fees | Proof of Claim | 12/06/2019 | $875.00 |
| Appraisal/Broker`s price opinion fees | | | $0.00 |
| Property Inspection Fees | | | $0.00 |
| Tax Advances (Non-Escrow) | | | $0.00 |
| Insurance Advances (Non-Escrow) | | | $0.00 |
| Property preservation expenses. Specify: | | | $0.00 |
| Other. Specify: Plan Review Fees | Review of Plan | 10/28/2019 | $325.00 |
| Other. Specify: 410A Fee | | | $0.00 |
| Other. Specify: Objection to Confirmation | | | $0.00 |
| Other. Specify: | | | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.

Official Form 410S2          Notice of Postpetition Mortgage Fees, Expenses, and Charges          page 1

See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  Candido J Perez aka Candido Perez aka Candido Jose Perez aka Candido Jose Perez Martinez aka Candido Perez Martinez aka Candido J Perez Martinez                  Case Number: 19-22933-RAM
           First Name       Middle Name        Last Name

## Part 2: Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ]  I am the creditor.

[X]  I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

_____/s/ Julian Cotton_____     Date   4/24/2020
Signature

| | | | |
|---|---|---|---|
| Print: | Julian Cotton | Title | Authorized Agent for Creditor |
| Company | Padgett Law Group | | |
| Address | 6267 Old Water Oak Road, Suite 203 | | |
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | PLGinquiries@padgettlawgroup.com |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the ___24th___ day of April, 2020.

/S/ Julian Cotton

_____
JULIAN COTTON
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
PLGinquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

## SERVICE LIST (CASE NO. 19-22933-RAM)

Debtor
Candido J Perez
3720 NW 166th Street
Opa Locka, FL 33054-6320

Co-Debtor
Haydee D Perez
3720 NW 166th Street
Opa Locka, FL 33054-6320

Attorney
Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Trustee
Nancy K. Neidich
POB 279806
Miramar, FL 33027

US Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130